UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ELENA MOSSESSOVA, <br> (A# 76-120-178) <br>                   Plaintiff <br> v. <br><br> MICHAEL CHERTOFF, <br> Secretary of the United States <br> Department of Homeland Security, <br><br> EMILIO T. GONZALEZ, Director, <br> United States Citizenship and <br> Immigration Services <br><br> MARY ANN GANTNER, District Director, <br> United States Citizenship and <br> Immigration Services <br><br> and <br> ROBERT S. MUELLER, III, Director <br> Federal Bureau of Investigation <br><br>                   Defendants | 07 CIV 8757 <br><br> FILED <br> U.S. DISTRICT COURT <br> 2007 OCT 10 PM 3:16 |

## MOTION FOR ADMISSION *PRO HAC VICE*

COMES NOW Gregory Romanovsky, Plaintiff's Co-Counsel in the above-styled and numbered case, and moves this Honorable Court to be admitted *pro hac vice* for purposes of this case only. As grounds for this motion, Attorney Romanovsky states as follows:

1. I am a partner at the Law Firm of Boris B. Maiden.

2. I have been a member in good standing of the Massachusetts State Bar since January 19, 2001

3. I was admitted to practice in U.S. District Court for the District of Massachusetts on December 15, 2005.

4. I was previously admitted as a *pro hac vice* attorney with this Court (2007 - once) and with the U.S. District Court for the Eastern District of New York (2006 - once).

5. There are no pending disciplinary proceedings against me in any State or Federal Court.

6. I understand that admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this court.

7. I am familiar with the local rules of this court and agree to abide by them.

8. Wherefore, I respectfully request that I be admitted as co-counsel and advocate *pro hac vice* for this one case.

DATED: October 2, 2007

_____
Gregory Romanovsky, Esq.
14-16 Webster Street
Brookline, MA 02446
617 739-6977
617 739-6774

_____
H. Raymond Fasano, Esq. (Local Counsel)
299 Broadway
New York, NY 10007
212 791-7791
212 791-9706



**The Commonwealth of Massachusetts**
SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK

October 3, 2007

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117

ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

Gregory Romanovsky, Esquire
Pick-Up @ Counter
(617) 739-6977 (w)
(617) 838-4137 (c)

### IN RE: CERTIFICATE OF ADMISSION AND GOOD STANDING

Attorney Romanovsky:

Enclosed please find the Certificate of Admission and Good Standing, which you recently requested from this office. This certificate is attesting to your date of admission and good standing at the Bar of the Commonwealth of Massachusetts.

If I can be of further assistance, please do not hesitate to contact Paul J. Shea at (617) 557-1174 or visit our web site at www.sjccountyclerk.com.

Very truly yours,

*Maura S. Doyle*
MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/pjs

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **nineteenth** day of **January** A.D. **2001**, said Court being the highest Court of Record in said Commonwealth:

## Gregory Romanovsky

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **third** day of October in the year of our Lord **two thousand and seven**.



MAURA S. DOYLE, Clerk

---

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELENA MOSSESSOVA,<br>(A# 76-120-178)<br>                Plaintiff<br>v.<br><br>MICHAEL CHERTOFF,<br>Secretary of the United States<br>Department of Homeland Security,<br><br>EMILIO T. GONZALEZ, Director,<br>United States Citizenship and<br>Immigration Services<br><br>MARY ANN GANTNER, District Director,<br>United States Citizenship and<br>Immigration Services<br><br>and<br>ROBERT S. MUELLER, III, Director<br>Federal Bureau of Investigation<br><br>                Defendants | **AFFIDAVIT OF H. RAYMOND FASANO IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

H. Raymond Fasano, Esq., being duly sworn, hereby deposes and says as follows:

1. I am counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Gregory Romanovsky as counsel *pro hac vice* to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1996. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Attorney Romanovsky since 2006, when we handled a similar case together at the U.S. District Court for the Eastern District of New York.

4. I have found Mr. Romanovsky to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

5. Accordingly, I am pleased to move for the admission of Gregory Romanovsky, *pro hac vice*.

6. I respectfully submit a proposed order granting the admission of Gregory Romanovsky, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Gregory Romanovsky, *pro hac vice*, to represent Plaintiff in the above-captioned matter, be granted.

Dated: October 2, 2007

City, State: New York, NY

Respectfully submitted,

_____
H. Raymond Fasano, Esq.
New York State Bar No.
299 Broadway
New York, NY 10007
212 791-7791
212 791-9706