UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/10/07

| | |
|---|---|
| ELENA MOSSESSOVA, (A# 76-120-178) <br>                            Plaintiff <br><br> v. <br><br> MICHAEL CHERTOFF, <br> Secretary of the United States <br> Department of Homeland Security, <br><br> EMILIO T. GONZALEZ, Director, <br> United States Citizenship and <br> Immigration Services <br><br> MARY ANN GANTNER, District Director, <br> United States Citizenship and <br> Immigration Services <br><br> and <br> ROBERT S. MUELLER, III, Director <br> Federal Bureau of Investigation <br><br>                            Defendants | **ORDER FOR ADMISSION** <br> **PRO HAC VICE** <br> **ON WRITTEN MOTION** |

Upon the motion of H.Raymond Fasano, Attorney for Plaintiff, Elena Mossessova, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | GREGORY ROMANOVSKY, ESQ. |
| Firm Name: | LAW OFFICE OF BORIS B. MAIDEN |
| Address: | 14-16 WEBSTER STREET |
| City/State/Zip: | BROOKLINE, MA 02446 |
| Telephone/Fax: | 617 739-6977 / 617 739-6774 |
| Email Address: | gromanovsky@bmaidenlaw.com |

is admitted to practice *pro hac vice* as counsel for Elena Mossessova in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: OCT 1 0 2007
City, State:

_____
United States District/Magistrate Judge
HON. GEORGE B. DANIELS