UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ELENA MOSSESSOVA,

                Plaintiff,               **ECF CASE**

    v.

                                      07 Civ. 8757 (LAK)

MICHAEL CHERTOFF, et al.,

                Defendants.           NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
           United States District Court
           Southern District of New York

        The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:    New York, New York
            October 22, 2007

                                                      Respectfully submitted,

                                                      MICHAEL J. GARCIA
                                                      United States Attorney for the
                                                      Southern District of New York

                                      By:    /s/_____
                                                      BRIAN M. FELDMAN
                                                     Assistant United States Attorney
                                                     86 Chambers Street, 3rd Floor
                                                     New York, New York 10007
                                                     Telephone: (212) 637-2777
                                                     Facsimile: (212) 637-2717
                                                     Email: brian.feldman@usdoj.gov

TO:    Raymond Fasano, Esq.        Gregory Romanovsky, Esq.
           Madeo & Fasano                   Law Offices of Boris B Maiden
           299 Broadway, Suite 912       14-16 Webster Street
           New York, NY 10007           Brookline, MA 02446