Received:
From: boris maiden atty. at law    617 739 6774    11/28/2007 15:22    #965 P.001/003
Nov 28 2007

# LAW OFFICE OF BORIS B. MAIDEN
14-16 WEBSTER STREET     BROOKLINE MA 02446

BORIS B. MAIDEN*
KEVIN P. KEEFE
GREGORY ROMANOVSKY**

PHONE: (617) 739-6977
FAX:   (617) 739-6774

**MEMO ENDORSED**

OF COUNSEL
KENNETH C. GOLDBERG

*Also admitted in NY
**Member of American Immigration Lawyers Association

November 28, 2007

The Honorable Lewis A. Kaplan
United States District Court for the Southern District of New York
United States Courthouse
500 Pearl St., Room 1310
New York, NY 10007

*VIA FACSIMILE ONLY: 212 805-7910*

Re:   C.A. No. 07-8757 (<u>Mossessova v. Chertoff, et al</u>)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/07
```

Dear Judge Kaplan:

The purpose of this letter is to inform this Honorable Court that the above-referenced matter appears to be successfully resolved. After this action had been filed, my client received her long-awaited oath ceremony notice (please see attached). She is scheduled to be sworn in as a U.S. citizen on Friday, November 30, by this Court (<u>Id</u>.).

Given the aforementioned developments, the Plaintiff kindly requests that her case be taken off the list for tomorrow, and a conditional dismissal be issued in this case (to ensure the Plaintiff will, in fact, get naturalized on Friday).

If there is any other information or documentation the Plaintiff can provide, kindly let me know.

*[Handwritten endorsement:]* Case dismissed without prejudice to reinstatement by [plaintiff?] filings on or before 1/31/07 [if?] [plaintiff?] is not [effectively?] naturalized by then. SO ORDERED.

LEWIS A. KAPLAN, USDJ

−2−  NOVEMBER 28, 2007

Dated: November 28, 2007

                                        Respectfully submitted on Plaintiff's behalf,

                                        By: _____
                                        GREGORY ROMANOVSKY (Pro Hac Vice)
                                        Law Office of Boris Maiden
                                        14-16 Webster Street
                                        Brookline, MA 02446
                                        Tel. (617) 739-6977
                                        Fax: (617) 739-6774
                                        gromanovsky@bmaidenlaw.com

cc: Defendants' Counsel (by facsimile)